IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **KIMBERLY A. SKOROPAT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:23-cv-396 |
| | ) |
| **NURSING & REHAB AT RAYMORE LLC** | ) |
| **d/b/a REDWOOD OF RAYMORE** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **RAYMORE MO CONSULTING LLC** | ) |
| **d/b/a REDWOOD OF RAYMORE** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANTS' NURSING & REHAB AT RAYMORE LLC d/b/a REDWOOD OF RAYMORE and RAYMORE MO CONSULTING, LLC d/b/a REDWOOD OF <u>RAYMORE CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, Defendants Nursing & Rehab at Raymore LLC d/b/a Redwood of Raymore and Raymore MO Consulting, LLC d/b/a Redwood of Raymore provides the following corporate disclosure statement:

Defendants Nursing & Rehab at Raymore LLC d/b/a Redwood of Raymore and Raymore MO Consulting LLC d/b/a Redwood of Raymore are not publicly held, have no parent publicly held, and there are not publicly held corporations owning more than 10% of their stock.

Dated: June 29, 2023                               Respectfully submitted,

                                                   JACKSON LEWIS P.C.

                                                   */s/ Kyle B. Russell*
                                                   Kyle B. Russell, MO Bar #52660
                                                   Joshua J. Cervantes, MO Bar #69033
                                                   7101 College Blvd, Suite 1200
                                                   Overland Park, KS 66210
                                                   Telephone: (913) 981-1018
                                                   Facsimile: (913) 981-1019
                                                   Kyle.Russell@jacksonlewis.com
                                                   Joshua.Cervantes@jacksonlewis.com

                                                   **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June 2023, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, with a copy sent via electronic mail, to the following counsel of record:

Donald F. McDonald, Jr.
8500 Shawnee Mission Pkwy, Suite L22
Merriam, KS 66202
dfm@dfmcdonald.com

**ATTORNEY FOR PLAINTIFF**

                                                   */s/ Kyle B. Russell*
                                                   **AN ATTORNEY FOR DEFENDANTS**

4866-8222-1417, v. 1