IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY A. SKOROPAT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 23-00396-CV-W-BP |
| | ) | |
| NURSING & REHAB AT RAYMORE, LLC, | ) | |
| *doing business as* | ) | |
| REDWOOD OF RAYMORE, et al., | ) | |
| | ) | |
| Defendants | ) | |

## CERTIFICATE OF SERVICE

Plaintiff, by and through her undersigned counsel, hereby certifies that she has served her Initial Disclosures pursuant to Federal Rule of Civil Procedure 26 upon Defendants via electronic mail to Defendants' counsel of record:

JACKSON LEWIS P.C.
Kyle B. Russell, MO Bar #52660
Joshua J. Cervantes, MO Bar #69033
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Kyle.Russell@jacksonlewis.com
Joshue.Cervantes@jacksonlewis.com
**ATTORNEYS FOR DEFENDANTS**

Respectfully submitted,

*/s/ Donald F. McDonald, Jr.*
DONALD F. McDONALD, JR.   KS #22394
*dfm@dfmcdonald.com*
8500 Shawnee Mission Pkwy, Suite L22
Merriam, KS 66202
(816) 471-6444
(913) 671-3301 *facsimile*
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed and served upon all counsel of record through the Court's electronic filing and service system, on July 26, 2023.

>/s/Donald F. McDonald, Jr.
>**ATTORNEY FOR PLAINTIFF**