IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY A. SKOROPAT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-cv-396 |
| | ) | |
| NURSING & REHAB AT RAYMORE LLC | ) | |
| d/b/a REDWOOD OF RAYMORE | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| RAYMORE MO CONSULTING LLC | ) | |
| d/b/a REDWOOD OF RAYMORE | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of July 2023, a true and accurate copy of Defendant Nursing & Rehab at Raymore, LLC's Rule 26(a)(1) Initial Disclosures and Defendant Raymore MO Consulting, LLC's Rule 26(a)(1) Initial Disclosures were served via electronic mail in PDF format upon the following counsel of record: Donald F. McDonald, Jr., 8500 Shawnee Mission Pkwy, Suite L22, Merriam, KS 66202, Email: dfm@dfmcdonald.com, Attorney for Plaintiff.

Dated: July 27, 2023

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Kyle B. Russell*
Kyle B. Russell, MO Bar #52660
Joshua J. Cervantes, MO Bar #69033
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Kyle.Russell@jacksonlewis.com
Joshua.Cervantes@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July 2023, a true copy of the foregoing was filed electronically via the Court's CM/ECF electronic filing system which will send a notice of electronic filing to the following counsel of record:

Donald F. McDonald, Jr.
8500 Shawnee Mission Pkwy, Suite L22
Merriam, KS 66202
dfm@dfmcdonald.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Kyle B. Russell*
**AN ATTORNEY FOR DEFENDANTS**

4870-4606-8595, v. 1