IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY A. SKOROPAT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-cv-00396-BP |
| | ) | |
| NURSING & REHAB AT RAYMORE LLC | ) | |
| d/b/a REDWOOD OF RAYMORE | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| RAYMORE MO CONSULTING LLC | ) | |
| d/b/a REDWOOD OF RAYMORE | ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

COMES NOW attorney Joshua J. Cervantes and moves to be withdrawn as counsel of record for Defendants, Nursing & Rehab at Raymore, LLC d/b/a Redwood of Raymore and Raymore MO Consulting, LLC d/b/a Redwood of Raymore, in this case and requests to be removed from the service list. Defendant will continue to be represented by attorney Kyle B. Russell of the law firm Jackson Lewis P.C. In addition to service of this Notice on counsel of record and any *pro se* parties, a copy of this Notice has been mailed, or otherwise served pursuant to Fed. R. Civ. P. 5(b)(2), to Defendant.

DATED: October 17, 2023	Respectfully submitted,

        CUMMINGS McCLOREY DAVIS ACHO
        & ASSOCIATES, P.C.

        */s/ Joshua J. Cervantes*
        Joshua J. Cervantes, MO Bar #69033
        800 East 101st Terrace, Suite 101
        Kansas City, MO 64131
        Telephone: (816) 842-1880
        jcervantes@cmda-law.com

        ***WITHDRAWING ATTORNEY***

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of October 2023, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, with a copy sent via electronic mail, to the following counsel of record:

Donald F. McDonald, Jr.
8500 Shawnee Mission Pkwy, Suite L22
Merriam, KS 66202
dfm@dfmcdonald.com

**ATTORNEY FOR PLAINTIFF**

                                                           */s/ Joshua J. Cervantes*
                                                           ***WITHDRAWING ATTORNEY***

4886-0732-8904, v. 1