# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| KIMBERLY A. SKOROPAT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23-cv-00396-BP |
| ) | |
| NURSING & REHAB AT RAYMORE LLC ) | |
| d/b/a REDWOOD OF RAYMORE, ) | |
| ) | |
| AND ) | |
| ) | |
| RAYMORE MO CONSULTING LLC ) | |
| d/b/a REDWOOD OF RAYMORE. ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Kyle B. Russell of Jackson Lewis P.C. ("Defendants' Counsel of Record" or "Defendants' Counsel") hereby moves for his withdrawal as counsel of record for Nursing & Rehab at Raymore, LLC d/b/a Redwood of Raymore and Raymore MO Consulting, LLC d/b/a Redwood of Raymore ("Defendants")[1] in the above-referenced action, pursuant to Local Rule 83.2 and Rule 4-1.16(b) of the Missouri Rules of Professional Conduct.[2] Local Rule 83.2 permits withdrawal with leave of the Court after a showing of good cause. In support of this Motion, Defendants' Counsel of Record states as follows:

1. Defendants' Counsel hereby states that due to an irreconcilable breakdown in the client-lawyer relationship, professional considerations warrant his withdrawal as Defendants' Counsel of Record and termination of his representation of Defendants in

---

[1] It appears that Defendant Raymore Mo Consulting LLC's registration with the State of Missouri was administratively cancelled on September 14, 2023 due to its failure to appoint a successor agent for service of process following the resignation of its previous agent on May 15, 2023. Defendants' Counsel is therefore serving this Motion on the address to which the previous agent sent its resignation.

[2] The District's Code of Professional Responsibility is the Rules of Professional Conduct adopted by the Supreme Court of Missouri. *See* Local Rule 83.6(c)(1).

this action, pursuant to Rule 4-1.16(b) of the Missouri Rules of Professional Conduct. *See* Comment to Rule 4-1.16 ("The lawyer's statement that professional considerations require termination of the representation ordinarily should be accepted as sufficient.") Defendants' Counsel also states that he has given Defendant reasonable advance notice of his intent to withdraw as Defendants' Counsel of Record in this action and has provided Defendants with a copy of this Motion, pursuant to Rule 4-1.16(b) of the Missouri Rules of Professional Conduct.

2. Defendants removed this action on June 9, 2023. Defendants filed their Answers to Plaintiff's Complaint on July 21, 2023. The parties have exchanged Initial Rule 26 Disclosures, and discovery in this case is currently open until February 19, 2024. Trial is set for August 26, 2024. Defendants' Counsel, therefore, submits that his withdrawal as Defendants' Counsel of Record can be accomplished without material adverse effect on the interests of the Defendant, pursuant to Rule 4-1.16(b)(1) of the Missouri Rules of Professional Conduct.

3. Defendants' Counsel of Record further requests that this Court stay this action for forty-five (45) days to allow Defendant time to secure new counsel of record in this action.

WHEREFORE, Defendants' Counsel of Record respectfully requests that this Court enter an Order granting this *Motion for Leave to Withdraw as Counsel for Defendants* upon good cause shown, stay this action for forty-five (45) days to allow Defendant time to secure new counsel of record in this action; and grant such other and further relief as this Court deems necessary and proper under the circumstances.

DATED: November 22, 2023	Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Kyle B. Russell*
Kyle B. Russell, MO Bar #52660
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Kyle.Russell@jacksonlewis.com

***ATTORNEY FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November 2023, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, with a copy sent via electronic mail, to the following counsel of record:

Donald F. McDonald, Jr.
8500 Shawnee Mission Pkwy, Suite L22
Merriam, KS 66202
dfm@dfmcdonald.com
**ATTORNEY FOR PLAINTIFF**

I hereby certify that on this 22nd day of November 2023, a true copy of the foregoing was served on the following via US Mail:

NURSING & REHAB AT RAYMORE LLC
c/o VCORP AGENT SERVICES, INC.
120 Central Avenue
Suite 400
Saint Louis, MO 63105
**REGISTERED AGENT FOR DEFENDANT**


RAYMORE MO CONSULTING LLC
c/o Atara Delrahim
1776 Avenue of the States
Suite 103
Lakewood, NJ 08701

*/s/ Kyle B. Russell*
***ATTORNEY FOR DEFENDANTS***