# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| KIMBERLY SKOROPAT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NURSING AND REHAB AT RAYMORE, )<br>LLC, *et al*, )<br>)<br>Defendant. ) | Case No. 23-00396-CV-W-BP |

## JUDGMENT IN A CIVIL CASE

\_\_\_**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_**Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Order filed on November 14, 2024, (Doc. 47), Plaintiff's Motion for Order for Damages, (Doc. 46), is **GRANTED** and the Court **AWARDS** to Plaintiff damages as follows:

• $4,545 for lost wages for all Counts;

• $10,000 for noneconomic damages for emotional distress for Counts III and IV;

• $15,000 for punitive damages for Counts III and IV;

• $1,016.96 for court costs for Counts III, IV, and V; and

• $93,060 for reasonable attorney's fees for Counts III, IV, and V;

**for a total of $123,621.96.**

November 14, 2024  
Date

Paige Wymore-Wynn  
Clerk of Court

/s/ Shauna Murphy-Carr  
(by) Deputy Clerk